UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANDREW TORO, *on behalf of himself and all others similarly situated*,

                          Plaintiff,

            v.

FOLKWEAR, LLC,

                         Defendant.

23-CV-2130 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

      The Court ordered the parties to meet and confer within thirty (30) days of service of the summons and Complaint, and within forty-five (45) days, to submit a joint letter requesting either (1) referral to the court-annexed mediation program or a magistrate judge, or (2) an initial status conference. *See* Dkt. 5. The summons and complaint were served on March 28, 2023, Defendant entered a notice of appearance on April 4, and filed an Answer April 20. *See* Dkts. 6–11. However, as of today's date, the parties have still not filed a joint letter regarding the status of settlement or proposing mutually agreeable dates for an initial pretrial conference.

      The parties shall submit their joint letter no later than September 1, 2023. Failure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:     August 24, 2023
             New York, New York

                                                                           _____
                                                                             Hon. Ronnie Abrams
                                                                             United States District Judge