UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ANDREW TORO, on behalf of himself and all others similarly situated

                              Plaintiffs,

  -against-

FOLKWEAR, LLC,

                              Defendants.
-----------------------------------------------------------------X

**STIPULATION OF DISMISSAL**

Case No.: 23-CV-2130

**IT IS HEREBY STIPULATED AND AGREED** that the action shall be, and is hereby, dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: Garden City, New York
        January 9, 2024

_____
By: Karolina Wiaderna
BARKER PATTERSON NICHOLS, LLP
Attorneys for Defendant(s)
FOLKWEAR, LLC
300 Garden City Plaza, Suite 100
Garden City, New York 11530
(516) 282-3355
kwiaderna@bpn.law

_____
By: Mars Khaimov
MARS KHAIMOV LAW, PLLC
*Attorneys for Plaintiff*
108-26 64th Avenue, Second Fl
Forest Hills, NY 11375
929-324-0717
mars@khaimovlaw.com